

THE HONORABLE MARSHA J. PECHMAN

```
____FILED    ____ENTERED
____LODGED   ____RECEIVED
      DEC 09 1999   PM
           AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY
```



## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE



JACK MACKIE,

   Plaintiff,

vs.

BONNIE RIESER and JOHN DOE RIESER, and SEATTLE SYMPHONY ORCHESTRA PUBLIC BENEFIT CORPORATION, a Washington non-profit corporation,

   Defendants.

NO. C99-0331P

ORDER MODIFYING ORDER SETTING TRIAL AND RELATED DATES

THIS MATTER having come before the court on Defendant Rieser's Motion to Modify Order Setting Trial And Related Dates, the Court having reviewed and considered Defendant's Motion and the supporting Declaration of Mark M. Hough, and the Court having otherwise considered the files and records herein and being fully advised in the premises, therefore

IT IS HEREBY ORDERED that Defendant Rieser's Motion Modifying Order Setting Trial And Related Dates should be and hereby is granted. The discovery cutoff date is extended to ~~June 1~~ May 1,

ORDER MODIFYING ORDER SETTING TRIAL AND RELATED DATES - 1

067822.099482/67607 v1

**REED McCLURE**
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 4800
SEATTLE, WASHINGTON 98101-3900

1  2000. ~~Counsel will promptly submit acceptable trial dates to the Court so that a new Scheduling~~
2  ~~Order can be issued.~~

*The court will issue a new scheduling order. This motion is granted conditioned upon the parties returning to mediation by May 7, 2000.*

3      Dated this __8__ day of __January__, ~~1999~~/2000.

_____
MARSHA J. PECHMAN
DISTRICT COURT JUDGE

Presented by:

REED McCLURE

By _____
Mark M. Hough
WSBA #4578
Attorneys for Defendant Bonnie Rieser

ORDER MODIFYING ORDER SETTING TRIAL AND RELATED
DATES - 2

067822.099482/67607 v1

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 4800
SEATTLE, WASHINGTON 98101-3900